Stephen E. Carroll, #116333
Jeffrey M. Reid, # 116354
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALBERT L. GOOD, an individual doing business as
ALG ENTERPRISES, COACHELLA VALLEY
RANCHES and CASTLE ROCK VINEYARDS

Robert D. Wilkinson #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Tel.: (559) 432-5400
Fax: (559) 432-5620
E-mail: RWilkinson@bakermanock.com

Randolph D. Moss (admitted *pro hac vice*)
Brian M. Boynton #222193
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: brian.boynton@wilmerhale.com

Attorneys for Defendant
THE CALIFORNIA TABLE GRAPE COMMISSION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALBERT L. GOOD, an individual doing business as ALG ENTERPRISES, COACHELLA VALLEY RANCHES and CASTLE ROCK VINEYARDS,<br><br>            Plaintiff,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>            Defendant. | Case No.  1:11-cv-00953-LJO-DLB<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF AUGUST 23, 2011 SCHEDULING CONFERENCE** |

STIPULATION AND ORDER REGARDING CONTINUANCE OF 8/23/11 SCHEDULING CONFERENCE

ACTIVEUS 90247288v1

Plaintiff ALBERT L. GOOD, an individual doing business as ALG ENTERPRISES, COACHELLA VALLEY RANCHES and CASTLE ROCK VINEYARDS (hereinafter "Plaintiff") and Defendant THE CALIFORNIA TABLE GRAPE COMMISSION (hereinafter "Commission") by and through their undersigned counsel hereby stipulate and agree as follows:

1. The Scheduling Conference in this case is currently scheduled for August 23, 2011 at 9:15 a.m. The parties all agree and hereby stipulate that—subject to the concurrence of the Court—the Scheduling Conference should be continued because (1) this Court is considering Plaintiff's Motion to Remand in a hearing scheduled for August 12, 2011, and (2) Defendant filed a Motion to Dismiss, which Defendant may re-file if this Court does not grant Plaintiff's Motion to Remand. No prior extensions of time have been requested.

2. The parties agree and stipulate that it would be more efficient to defer the Scheduling Conference until such time as this Court has ruled on the Plaintiff's Motion to Remand, which necessarily impacts whether or not Defendant will re-file a motion to dismiss. A ruling on either the Motion to Remand or a newly-filed motion to dismiss could make the Scheduling Conference moot.

The parties are all available for a continued Scheduling Conference on September 22, 2011 at 9:15 a.m. If that date and time is not convenient for the Court, the parties will endeavor to make themselves available at any other date and time the Court might select.

THEREFORE, for the reasons set forth above, the parties hereby stipulate and agree that the August 23, 2011 Scheduling Conference be continued to September 22, 2011 at 9:15 a.m. In addition, the Joint Scheduling Conference Report shall be due on September 15, 2011 and the Rule 26(a)(1) Initial Disclosures will be due on September 15, 2011.

///
///
///
///
///
///

Dated: August 9, 2011                           McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP


                                                By: /s/ as approved by Stephen Carroll on 8/9/11
                                                    Stephen E. Carroll
                                                    Jeffrey M. Reid
                                                    Attorneys for Plaintiff


Dated: August 10, 2011                          BAKER MANOCK & JENSEN, PC


                                                By: /s/ as approved by Robert Wilkinson on 8/10/11
                                                    Robert D. Wilkinson
                                                    Attorneys for Defendant


Dated: August 9, 2011                           WILMER CUTLER PICKERING HALE
                                                AND DORR LLP


                                                By: /s/ as approved by Brian Boynton on 8/9/11
                                                    Brian M. Boynton
                                                    Attorneys for Defendant


## ORDER OF THE COURT

Pursuant to the STIPULATION of the parties and GOOD CAUSE appearing, it is hereby ORDERED as follows:

(1) The Scheduling Conference currently set for August 23, 2011 at 9:15 a.m. is hereby continued until **September 22, 2011 at 9:00 a.m.**

(2) The Joint Scheduling Conference Report shall be due on September 15, 2011.

(3) The Rule 26(a)(1) Initial Disclosures shall be due on September 15, 2011.

IT IS SO ORDERED.

Dated:   **August 12, 2011**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER REGARDING CONTINUANCE OF 8/23/11 SCHEDULING CONFERENCE

ACTIVEUS 90247288v1